USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12-6-2016__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA BRETSCHNEIDER DONCOUSE,

           Plaintiff,

-against-

GOODWILL INDUSTRIES OF GREATER NEW YORK AND NORTHERN NEW JERSEY, INC., A DOMESTIC NOT-FOR-PROFIT CORPORATION, AND ELK 220 EAST 23RD LLC, FOREIGN LIMITED LIABILITY COMPANY,

           Defendants.

Civil Action No.: 1:16-cv-8224 (ER)(HBP)

**STIPULATION**

    **IT IS HEREBY STIPULATED** and agreed by the attorneys for Plaintiff Graciela Bretschneider Doncouse, and Defendant Elk 220 East 23rd LLC, ("Defendant") that the time for Defendant to answer, or otherwise respond to, Plaintiff's complaint is extended up to and including December 28, 2016;

    **IT IS FURTHER STIPULATED** and agreed that a facsimile copy of this Stipulation shall have the same binding effect as an original thereof.

Dated: December 5, 2016

| CHARNY & ASSOCIATES | KAUFMAN BORGEEST & RYAN LLP |
|---|---|
| By: Bradly G. Marks | By: Bryn Goodman |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 175 Varick Street, 3rd Floor | Elk 220 East 23rd LLC |
| New York, New York 10014 | 120 Broadway, 14th Floor |
| Telephone: (646) 770-3775 | New York, New York 10271 |
| | Telephone: (212) 980-9600 |

SO ORDERED:

_____
Hon. Edgardo Ramos, U.S.D.J.

Dated: 12-6-2016

2253594